1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  BLACK LIVES MATTER; WOMEN
    IN LOS ANGELES, MINNESOTA,          Case No. 2:20-cv-06919-ODW (GJS)
12  & AROUND THE WORLD &
    PITTSBURGH CONTACT;
13  FREDERICK BANKS, 05711068,
    NEOCC, 2240 Hubbard Road,           **JUDGMENT**
14  Youngstown, OH 44505,
15                 Petitioners
16          v.
17  CENTRAL INTELLIGENCE
    AGENCY; WARDEN, NEOCC
18  CORECIVIC,
                   Respondents.
19
20
21      Pursuant to the Court's Order Dismissing Petition,
22
23      IT IS ADJUDGED THAT the above-captioned action is dismissed.
24
25  DATE: August 4, 2020        _____
                                      OTIS D. WRIGHT II
26                                    UNITED STATES DISTRICT JUDGE
27
28